IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RONALD SUTTON,                  )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:07cv262-MHT
                                )            (WO)
BOB RILEY, Governor,            )
et al.,                         )
                                )
    Defendants.                 )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging, among other things, the denial of correctional good time. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of April, 2007.


　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE